IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ____ D.C.

05 DEC 15 AM 10: 47

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

|  |  |
|---|---|
| MICHAEL TROY EVANS, | X |
| Petitioner, | X |
| vs. | X  No. 05-2904-B/V |
| BRUCE PEARSON, | X |
| Respondent. | X |

ORDER DIRECTING PETITIONER TO FILE AN <u>IN</u> <u>FORMA</u> <u>PAUPERIS</u> AFFIDAVIT
OR PAY THE HABEAS FILING FEE

Petitioner Michael Troy Evans, Bureau of Prisons inmate registration number 15125-074, an inmate at the Federal Correctional Institution in Memphis ("FCI-Memphis"), filed a <u>pro</u> <u>se</u> petition pursuant to 28 U.S.C. § 2241 on December 7, 2005. The Clerk shall record the respondent as FCI-Memphis Warden Bruce Pearson.

A habeas petition carries a filing fee of five dollars ($5.00). 28 U.S.C. § 1914(a). Evans's petition is not accompanied by either the filing fee or a motion to proceed <u>in forma pauperis</u>. Accordingly, Evans is ORDERED either to submit a properly completed <u>in forma pauperis</u> affidavit demonstrating his indigency, along with an inmate trust fund account statement, or pay the filing fee

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 12-16-05



within thirty (30) days of the entry of this order. The Clerk is ORDERED to mail a copy of the prisoner <u>in forma pauperis</u> affidavit to petitioner along with this order.[1] Failure to timely comply with any requirement of this order will result in dismissal of the petition without further notice for failure to prosecute.

IT IS SO ORDERED this 14th day of December, 2005.

J. DANIEL BREEN
UNITED STATES DISTRICT JUDGE

---

[1] In the interest of expediting this matter, petitioner is advised that, if his inmate trust fund account has a balance of at least twenty-five dollars ($25.00), an application to proceed <u>in forma pauperis</u> will be denied.

2

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 2 in case 2:05-CV-02904 was distributed by fax, mail, or direct printing on December 16, 2005 to the parties listed.

---

Michael Troy Evans
FCI - Memphis
15125-074
P.O. Box 34550
Memphis, TN 38184--055

Honorable J. Breen
US DISTRICT COURT